1  BILL LOCKYER
   Attorney General of the State of California
2  ROBERT R. ANDERSON
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JAMES E. FLYNN
   Supervising Deputy Attorney General
5  CONSTANCE L. PICCIANO, State Bar No. 66172
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone:  (916) 322-6453
8    Fax:  (916) 324-5205

9  Attorneys for Defendants Arnold, Mason, Martinez
   and Day
10 48149280 SA2005300364

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONNELL KINNARD,** | CIV F-02-6192 OWW WMW P |
| Plaintiff, | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| v. | |
| **D. G. ADAMS, et al.,** | |
| Defendants. | |

The Court, having considered the request of Defendants Arnold, Mason, Martinez, and Day for an extension of time to file a responsive pleading, orders that the date for filing Defendants' responsive pleading is extended to July 27, 2005.

IT IS SO ORDERED.

**Dated:   June 28, 2005**          _____/s/  William M. Wunderlich_____
j14hj0                              UNITED STATES MAGISTRATE JUDGE

1