IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONNELL KINNARD,

     Plaintiff,                CV F 02 6192 OWW  WMW P

     vs.                    ORDER RE: FINDINGS &
                            RECOMMENDATIONS (#60)

DERRAL ADAMS, et al.,

     Defendants.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On October 6, 2005, findings and recommendations were entered, recommending dismissal of this action for failure to prosecute.   Plaintiff was provided an opportunity to file objections within twenty days.   Plaintiff has not  filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1       Accordingly, THE COURT HEREBY ORDERS that:

2       1.  The Findings and Recommendations issued by the Magistrate Judge on

3   October 6, 2005, are adopted in full; and

4       2.  This action is dismissed without prejudice for failure to prosecute.  The Clerk

5   is directed to close this case.

6

7

8

9

10  IT IS SO ORDERED.

11  **Dated:    November 4, 2005**                              **/s/ Oliver W. Wanger**
    emm0d6                                      UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26